UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | CV-09-5075-LRS |
| vs. | ) | |
| $204,560.00 U.S. FUNDS, Defendant. | ) | Final Order of Forfeiture |

Plaintiff, United States of America, filed a Verified Complaint for Forfeiture In Rem on September 4, 2009, alleging that the defendant property was subject to forfeiture to the United States pursuant to 28 U.S.C. § 5317(c).

The above court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 and 1355. Venue is proper pursuant to 28 U.S.C. § 1395.

The Defendant funds are described as follows:

> $204,560.00 U.S. funds held in Sterling Savings Bank account number: XXXXXXX5627, in the name of Willis G. Schinkelshoek, that were seized from Sterling Savings Bank, on or about February 27, 2009.

On September 25, 2009, the executed Warrant of Arrest In Rem was filed herein.

On September 30, 2009, Willis G. Schinkelshoek was served via certified mail, in care of his attorney Thomas Roach, with a copy of the Verified Complaint for Forfeiture In Rem, Notice of Complaint for Forfeiture, and Warrant of Arrest In Rem, as evidenced by the Certificate of Service of Notice by Mail, filed in this matter on September 30, 2009. On October 20, 2009, Willis G. Schinkelshoek filed a claim to the $204,560.00 U.S. funds.

Notice of Civil Forfeiture was posted on an official government website (www.forfeiture.gov) for at least 30 consecutive days, beginning September 27, 2009, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or

Maritime Claims and Asset Forfeiture Actions. At the latest, the claim period expired on November 26, 2009.

In an Amended Settlement Agreement and Stipulation for Order of Forfeiture, filed on March 29, 2010, the United States and Claimant, Willis G. Schinkelshoek, (hereafter "Claimant") agreed that Claimant would forfeit $20,456.00 U.S. funds to the United States, and the United States would return the remaining $184,104.00 to the Claimant. Claimant also agreed in said stipulation to the entry of an order of forfeiture forfeiting the $20,456.00 U.S. funds to the United States of America, without further notice or hearing.

It appearing to the Court that the United States and Claimant agreed, in the settlement agreement and stipulation filed herein, to the forfeiture of $20,456.00 in U.S. funds to the United States;

It also appearing to the Court that the remaining $184,104.00 U.S. funds have been returned to the Claimant as agreed;

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED, that the $20,456.00 U.S. funds are hereby forfeited to the United States, and no interest exists in any other person;

IT IS FURTHER ORDERED that the United States shall dispose of the $20,456.00.00 U.S. funds in accordance with law.

DATED this 7th day of October, 2010.

***s/Lonny R. Suko***

Lonny R. Suko
Chief United States District Judge

Presented by:

James A. McDevitt
United States Attorney

s/James A. Goeke

James A. Goeke
Assistant United States Attorney